# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BEVERLY ANN GLADNEY,**

    Plaintiff,

  -vs-      Case Nos. 15-C-1447, 15-C-1477, 15-C-1478,
                      15-C-1503, 15-C-1504, 15-C-1505

**CITY OF MILWAUKEE HOUSING AUTHORITY, et al.,**

    Defendants

## DECISION AND ORDER

In six separate actions, Beverly Ann Gladney seeks relief for injuries related to carbon monoxide poisoning. Gladney sues, for example, the City of Milwaukee Housing Authority for failing to fix a gas leak in her apartment, a doctor who consulted on her application for social security disability benefits, and various other doctors and nurses she interacted with when seeking treatment.

Gladney requests leave to proceed *in forma pauperis*. Gladney's financial affidavits demonstrate that she is unable to pay the filing fee to commence these cases. 28 U.S.C. § 1915(a)(1). However, Gladney's only conceivable avenue for relief is under state law, not federal law. Therefore, none of these cases can proceed due to the absence of subject matter

jurisdiction. 28 U.S.C. § 1331.

Gladney's motions for leave to proceed *in forma pauperis* [ECF No. 2] are **GRANTED**, but all of the above-captioned cases are **DISMISSED** for lack of subject matter jurisdiction.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2016.

        **SO ORDERED:**

        _____
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**

- 2 -

Case 2:15-cv-01447-RTR   Filed 01/20/16   Page 2 of 2   Document 4